# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA RYAN,** | : CIVIL ACTION NO. 1:17-CV-2151 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **THE KING ARTHUR FLOUR COMPANY, INC., CSM BAKERY SOLUTIONS, and AEROJET-ROCKETDYNE, INC.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 24th day of January, 2018, upon consideration of plaintiff's motion (Doc. 20) to remand and the letter (Doc. 28) by defendant The King Arthur Flour Company, Inc. ("King Arthur Flour Company") noting its lack of opposition to the motion (Doc. 20), and the court observing that all defendants properly joined and served in a state civil action "must join in or consent to the removal of the action" to federal court, 28 U.S.C. § 1446(b)(2)(A), and the court finding that King Arthur Flour Company failed to obtain defendant CSM Bakery Solutions' consent to removal, (see Docs. 1, 20), it is hereby ORDERED that:

1. The motion (Doc. 20) to remand is GRANTED.

2. This above-captioned case is REMANDED to the Court of Common Pleas of Dauphin County, Pennsylvania.

3. The Clerk of Court is directed to CLOSE the above-captioned case.

          /S/ Christopher C. Conner
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania